UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:09-00010 |
| ) | CHIEF JUDGE HAYNES |
| LETHETEUS R. FENNESSEE ) | |

## AGREED ORDER

The hearing on the petition to revoke supervised release scheduled for Friday, August 30, 2013, is hereby continued until September 13, 2013, at 4:00 p.m.

IT IS SO **ORDERED**.

ENTERED this 30th day of August, 2013.

_____
WILLIAM J. HAYNES, JR., Judge
United States District Court

APPROVED FOR ENTRY:

s/ R. David Baker
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047

s/ Philip H. Wehby w/permission
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue North, Suite A961
Nashville, TN 37203
(615) 736-5151
Attorney for the Government