UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | No. 1:09-00010 |
| ) | CHIEF JUDGE HAYNES |
| ) | |
| LETHETEUS R. FENNESSEE ) | |

### AGREED ORDER

This matter was before this Court on September 13, 2013, upon a superseding petition to revoke the defendant's supervised release filed on September 12, 2013. (D.E. 99). The defendant appeared with counsel and pleaded guilty to the violations contained in the superseding petition. Based upon the defendant's plea of guilty, and upon the recommendation of the parties, it is hereby ORDERED that the defendant shall be sentenced to a term of thirteen (13) months imprisonment and that the sentence shall be served concurrently with the nine (9) year state sentence that he is presently serving in the State of Tennessee. It is further hereby ORDERED that there shall be no term of supervised release to follow service of the sentence.

IT IS SO **ORDERED**.

ENTERED this 13th day of September, 2013.

WILLIAM J. HAYNES, JR. JUDGE
United States District Court

APPROVED FOR ENTRY:

_____
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047
Attorney for Letheteus R. Fennessee

_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue North, Suite A961
Nashville, TN 37203
(615) 736-5151
Attorney for the Government